UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., ) ) ) Plaintiffs, ) ) vs. ) MISSOURI PIPING, INC., ) ) Defendant. ) | Case No. 4:08CV00578 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court upon the Plaintiffs' Motion to Compel [doc. #22]. In a default judgment entered on December 5, 2008, the Court awarded Plaintiffs $4,872.75. Plaintiffs subsequently sent Alan Stevens, an officer of Defendant Missouri Piping, Inc., a notice for a post-judgment deposition with an attached request for the production of documents. Alan Stevens did not appear. Plaintiffs have now filed a Motion to Compel requesting that the Court issue an Order compelling Alan Stevens to appear for a post-judgment deposition, and produce various documents, at the offices of Plaintiffs' counsel on Monday, March 6, 2009 at 10:00 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel [doc. # 22] is **GRANTED**.

**IT IS FURTHER ORDERED** that Alan Stevens shall appear for a deposition on **Monday, March 6, 2009** at **10:00 a.m.** at the offices of Hammond, Shinners, Turcotte, Larrew & Young, P.C., 7730 Carondelet Avenue, Suite, 200, St. Louis, MO 63105.

**IT IS FURTHER ORDERED** that Alan Stevens shall produce, at the time of his deposition, the following documents: (1) All tax returns of Missouri Piping, Inc. for the years

2006 and 2007; (2) All records of income received by Missouri Piping, Inc. at any time from January 1, 2006 to date; (3) All documents relating to motor vehicles in which Missouri Piping, Inc. has or has had an ownership interest in from January 1, 2006 to date; (4) All documents relating to any other assets Missouri Piping, Inc. has or has had an ownership interest from January 1, 2006 to date; (5) All records relating to monies currently owed to Missouri Piping, Inc.; (6) Current statements of all bank accounts held by Missouri Piping, Inc.; (7) All records relating to real or personal property owned by Missouri Piping, Inc.; (8) All records of accounts receivable of Missouri Piping, Inc.; and (9) The most recent annual reports, balance sheets, cash flow reports, income statements, inventory reports, or other financial reports of statements for Missouri Piping, Inc.

**IT IS FURTHER ORDERED** that a copy of this Order be sent by U.S. and Certified Mail to Alan Stevens at Missouri Piping, Inc., 320 Brown Road, St. Peters, MO 63376.

Dated this 13th day of February, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE